UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | NO. 3:13-cr-00236-3 |
| ) | |
| GREGORIO PEREZ-ORTIZ ) | CHIEF JUDGE HAYNES |

JOINT MOTION TO RESET GUILTY PLEA

Counsel for defendant has authorized the government to file this request as a joint motion. As previously announced by defendant, he will be resolving this matter by guilty plea, hearing on which is set for Monday, May 19, 2014. However, the parties are in need of a few more days to resolve details such as an agreed restitution figure and other matters that will pertain to sentencing which are appropriate for inclusion in the plea agreement. Counsel for defendant advises that he will file a waiver of speedy trial should the Court find such necessary under these circumstances.

Based on the forgoing, the parties request that the guilty plea hearing be reset, and, subject to the Court's calendar, for later next week in the afternoon of **May 21, 22 or 23, 2014**.

Respectfully submitted,

DAVID RIVERA
United States Attorney

**s/Hilliard H. Hester**
HILLIARD H. HESTER
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

[Handwritten annotations in right margin, partially legible: "ok SK / This motion is GRANTED / The hearing is reset for May 30, 2014 at 3:30 on ___ / [signature] / 5-16-14"]